# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** VICKI L. PADGETT
**Case Number:** 4:08-BK-01771-EWH  **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2009 09:00 AM   COURTROOM 446
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matter:

CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 9542 IRENE ST., TUCSON, AZ 85730 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, NA AS TRUSTEE . (set at hrg held 9/3/09) (cont.f rom 10/01/09)

**R / M #:** 34 / 0

## Appearances:

WAYNE MORTENSEN, ATTORNEY FOR VICKI L. PADGETT
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK, Appearing by telephone

## Proceedings:

Mr. McDonald states that at the last hearing. Debtor's counsel had indicated the September payment had been made which his client did receive. The debtors are due for October. They did not receive the $600.00 in attorneys fees and costs for the stay relief motion.

Mr. Mortensen states the debtor will fax a copy of certified funds today and send it to him.

COURT: THE MOTION IS GRANTED IF THE DEBTOR IS NOT CURRENT IN THIRTY DAYS.